**Leroy RIVERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45069.**

Missouri Court of Appeals, Western District.

July 7, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
July 28, 1992.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and SMART, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).